IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| NANCY STERLING, | ) |
|         Plaintiff, | ) |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
|         Defendant. | ) Civil Action No. 5:12-CV-050-C <br> ) ECF |

## ORDER

Plaintiff appealed an adverse decision of Defendant Carolyn W. Colvin, Commissioner of Social Security, pursuant to 42 U.S.C. §§ 405(g) & 1383(c). The United States Magistrate Judge entered a Report and Recommendation. Neither party has filed written objections.

It is, therefore, ORDERED that the findings and conclusions in the Report and Recommendation are hereby ADOPTED as the findings and conclusions of the Court and that the above-styled and -numbered cause is **DISMISSED** WITH PREJUDICE.

SO ORDERED.

Dated this _22_ day of March, 2013.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE